[No. 18946-8-I.   Division One.   December 30, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK THOMAS PAGNI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-00690-3, Herbert M. Stephens, J., entered June 16, 1986. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Grosse and Pekelis, JJ.

[No. 17610-2-I.   Division One.   December 30, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES WILLIAM INGLIS, JR., ET AL, *Defendants,* FRANCIS EARL WOODY, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-02953-1, Richard M. Ishikawa, J., entered December 16, 1985. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Williams, J.

[No. 19516-6-I.   Division One.   December 30, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT A. DESHAW, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-02935-4, Susan R. Agid, J., entered October 15, 1986. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Grosse, JJ.